

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2022

No. 04-22-00512-CV

**IN THE INTEREST OF M.S.M., K.C.M., AND C.C.M.**

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVPC-21-0000251
Honorable Dennis Powell, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The court reporter has filed a notification of late reporter's record, but does not state when she expects the reporter's record to be filed. Her notification is NOTED.

We ORDER the court reporter to file the record on or before **September 29, 2022**. Given the time constraints governing the disposition of this appeal, further extensions of time will be disfavored.

It is so **ORDERED** on September 9, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT